**LAW OFFICES OF GARY R. CARLIN, APC**
GARY R. CARLIN, CSBN: 44945
gary@garycarlinlaw.com
STEVEN T. ROMEYN, CSBN 304535
steven@garycarlinlaw.com
MATTHEW CHEN, CSBN: 324868
matthewchen@garycarlinlaw.com
301 East Ocean Blvd., Suite 1550
Long Beach, California 90802
Telephone: (562) 432-8933
Facsimile: (562) 435-1656

Attorneys for Plaintiff, PATRICIA RAYBURN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA RAYBURN,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES INC, a Delaware Corporation; and DOES 1 through 250, inclusive.<br><br>       Defendants. | CASE NO.: 8:21-cv-00950-CJC-DFM<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>Comp. Filed:   April 14, 2021<br>FAC Served:   May 19, 2021<br><br>[ASSIGNED TO DISTRICT JUDGE HON. CORMAC J. CARNEY AND MAGISTRATE JUDGE HON. DOUGLAS F. MCCORMICK] |

///
///
///
///
///

-1-

# PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to file said Agreement. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines as set forth in the Scheduling Conference Order. Plaintiff is filing this Notice and Motion with Opposing Counsel's approval and permission.

Dated: January 7 2022

THE LAW OFFICES OF GARY R. CARLIN, APC

By _____
Gary R. Carlin
Steven T. Romeyn
Matthew Chen
Attorneys for Plaintiff,
PATRICIA RAYBURN